UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AHMED SHABANA, </br></br> Plaintiff, </br></br> v. </br></br> CIANBRO CORPORATION, ROBERT HIGGINS, JR., AND RYAN LOCKHART </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. _____ </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Cianbro Corporation ("Cianbro"), Robert Higgins, Jr., and Ryan Lockhart hereby notice the removal of this action from the Superior Court of the State of Maine for Cumberland County (the "State Court") to the United States District Court for the District of Maine. In support of this Notice of Removal, Defendants state as follows:

## STATE COURT ACTION

On or about November 19, 2019, Plaintiff Ahmed Shabana commenced an action in the Superior Court of Maine, Cumberland County, captioned Ahmed Shabana v. Cianbro Corporation, et al., Civil Action No. CV-19-00460 (the "State Court Action"). The State Court Action is now pending in that court.

On or about February 10, 2020, Defendants accepted service of the Complaint. Attached as **Exhibit A** is a copy of the Complaint and Acceptance of Service in the State Court Action. On or about February 27, 2020, Defendants filed a Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Motion is attached as **Exhibit B**. The aforementioned documents constitute "all process, pleadings, and orders" in the State Court

1

Action, pursuant to 28 U.S.C. § 1446(a). A certified copy of the State Court record has been requested and will be filed with this Court upon receipt.

## TIMELINESS OF REMOVAL

This Notice of Removal is timely filed within thirty (30) days of February 10, 2020, as required by 28 U.S.C. § 1446(b)(1). See 28 U.S.C. § 1446(b); Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999); Boyd v. Phoenix Funding Corp., 366 F.3d 524, 529-530 (7th Cir. 2004).

## GROUNDS FOR NOTICE OF REMOVAL

Removal is proper based on this Court's original federal question jurisdiction pursuant to 28 U.S.C. § 1331. To establish federal question jurisdiction for removal purposes, an action must be "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. The United States District Court for the District of Maine has original jurisdiction over this action because Plaintiff alleges violations of federal law. See 28 U.S.C. § 1331; Grable & Sons Metal Prods., Inc. v. Dante Eng'g & Mfg., 545 U.S. 308, 312 (2005). Accordingly, the Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

Here, the Complaint alleges discrimination on the basis of religion, race, ancestry, color, national origin, and retaliation in violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000e, et seq.). These claims clearly arise under the laws of the United States. See 28 U.S.C. § 1331. Because Plaintiff's Complaint references and articulates claims under two statutes that invoke federal jurisdiction, removal on the basis of federal question is proper.

Additionally, federal courts may exercise supplemental jurisdiction over state law claims if they "form part of the same case or controversy" as claims that are properly within the

jurisdiction of the federal court. See 28 U.S.C. § 1367(a). Supplemental jurisdiction over Plaintiff's state law claim is proper because Plaintiff's claim for violation of the Maine Human Rights Act (5 M.R.S. §§ 4551-4634) is related to Plaintiff's federal law claims as it is part of the same case or controversy under Article III of the United States Constitution and because no novel or complex issue of state law predominates. See 28 U.S.C. §§ 1367. Accordingly, removal of this case to this Court on the basis of federal jurisdiction is proper.

## VENUE

The United States District Court for the District of Maine is the District Court of the United States within which the State Court Action is currently pending, and therefore venue is proper under 28 U.S.C. § 1446(a).

## NOTICE TO STATE COURT AND ADVERSE PARTIES

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being submitted for filing with the Clerk of the Superior Court of Maine, Cumberland County.

Pursuant to 28 U.S.C. § 1446(d), upon filing of this Notice of Removal Defendants gave written notice thereof to Plaintiff's counsel, Carol J. Garvan, Esq., Johnson, Webbert & Young, LLP, 160 Capitol Street, Suite 3, P.O. Box 79, Augusta, ME 04332-0079.

## RESERVATION OF RIGHTS

By filing the Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses available to them at law, in equity or otherwise. Defendants intend no admission of fact or law by this Notice and expressly reserve all defenses and motions.

If the Court should be inclined to remand this action, Defendants request that the Court issue an Order to Show Cause why the case should not be remanded, providing Defendants an

opportunity to present briefing and argument prior to any possible review. Because a remand order is not subject to appellate review, such a procedure is appropriate.

As required by 28 U.S.C. § 1446(a), this Notice of Removal is signed under Rule 11 of the Federal Rules of Civil Procedure.

## RELIEF REQUESTED

Defendants request that the United States District Court for the District of Maine assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

WHEREFORE, Defendants respectfully request that this action proceed as an action properly removed from the Superior Court of Maine, Cumberland County, to the United States District Court for the District of Maine.

March 9, 2020                                   Respectfully submitted,

                                                /s/ Melinda J. Caterine
                                                Melinda J. Caterine (Bar No. 007129)
                                                Timothy H. Powell (Bar No. 006137)
                                                LITTLER MENDELSON, P.C.
                                                One Monument Square, Suite 600
                                                Portland, ME 04101
                                                Phone: 207.774.6001
                                                mcaterine@littler.com
                                                tpowell@littler.com

                                                *Attorneys for Defendants Cianbro Corporation, Robert Higgins, Jr., and Ryan Lockhart*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, a true and accurate copy of the foregoing pleading was sent to all parties of record via email and first class mail:

Carol J. Garvan, Esq.
Johnson, Webbert & Young, LLP
160 Capitol Street, Suite 3
P.O. Box 79
Augusta, ME 04332-0079
cgarvan@work.law

/s/ Melinda J. Caterine
Melinda J. Caterine (Bar No. 007129)
Timothy H. Powell (Bar No. 006137)
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Phone: 207.774.6001
mcaterine@littler.com
tpowell@littler.com

*Attorneys for Defendants Cianbro Corporation, Robert Higgins, Jr., and Ryan Lockhart*